Tim Warriner (SB#166128)
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141
FAX: (916) 441-0970

Attorney for Defendant,
CHRISTOPHER LILLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR S 08-0004 EJG |
| ) | |
| Plaintiff, ) | STIPULATION AND PROPOSED |
| ) | ORDER MODIFYING CONDITION |
| v. ) | OF RELEASE |
| ) | |
| CHRISTOPHER LILLER, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

The government, through its counsel Mary Grad, and the defendant through his counsel Tim Warriner, hereby stipulate that condition # 4 of the terms of Mr. Liller's pretrial release be modified to state the following:

> Your travel is restricted to the Eastern District of California and the District of Nevada without the prior consent of the pretrial services officer.

United States Pretrial Services Officer Gina Faubion also stipulates that the modification is appropriate, and has approved the proposed modification.

The purpose of the modification is to permit Mr. Liller to provide assistance to his immediate family members, who live in the District of Nevada, and who are in the process of moving.

DATED: July 1, 2008                          /s/ Tim Warriner, Attorney for Defendant,
                                             CHRISTOPHER LILLER


DATED: July 1, 2008                          /s/ Mary Grad, Assistant United States
                                             Attorney

## ORDER

IT IS HEREBY ORDERED that condition # 4 of defendant Christopher Liller's terms of pretrial release be modified to state the following: your travel is restricted to the Eastern District of California and the District of Nevada without the prior consent of the pretrial services officer.

DATED: July 3, 2008

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE